IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARCELJA,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD SHIPYARDS CORPORATION et al.,<br><br>    Defendants.<br>_____/ | No. C-05-4347 MMC<br><br>**ORDER DENYING DEFENDANT TODD SHIPYARDS CORPORATION'S MOTION TO TRANSFER ACTION UNDER 28 U.S.C. § 1407, WITHOUT PREJUDICE TO REFILING MOTION WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

    Before the Court is the motion filed November 30, 2005 by defendant Todd Shipyards Corporation for an order from this Court transferring the instant action to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1407, for inclusion in In re Asbestos Products Liability Litigation, MDL 875. Such motion must be filed with the Judicial Panel on Multidistrict Litigation, however. See 28 U.S.C. § 1407(c)(ii); see also Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

    Accordingly, the motion is hereby DENIED without prejudice to defendant's refiling the motion with the Judicial Panel on Multidistrict Litigation.

    **IT IS SO ORDERED.**

Dated: December 1, 2005

                                                      MAXINE M. CHESNEY
                                                    United States District Judge