ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD MARCELJA, ) | Case No. C05-4347 MMC |
| Plaintiff, ) | |
| ) | JOINT MOTION AND STIPULATION TO |
| vs. ) | CONTINUE CASE MANAGEMENT |
| ) | CONFERENCE AND TO EXTEND TIME; |
| TODD SHIPYARDS CORPORATION, ) | [PROPOSED] ORDER |
| NEWPORT NEWS SHIPBUILDING ) | |
| AND DRY DOCK COMPANY, and ) | |
| DOES 1-300, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed October 25, 2005 (Document 2), for the following good cause:

On November 21, 2005 Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY filed Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.

//

//

K:\Injured\25862\Fed\stip cont (Marcelja).wpd          1
MOTION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – C05-4347 MMC

1  To date, the Clerk of the Judicial Panel on Multidistrict Litigation ("MDL Panel") has not
2  entered a *Conditional Transfer Order* pursuant to MDL Panel Rule 12(a) or filed an order to
3  show cause why the action should not be transferred, pursuant to MDL Panel Rule 13(b).
4  It is likely the case management deadlines set by this Court will come to pass before the
5  Clerk of the MDL Panel acts.
6  Due to the pending action by the Clerk of the MDL Panel, and the time needed by the
7  panel to consider the notices of Defendants, the following parties hereby STIPULATE to and
8  respectfully request that the dates set forth in the *Order Setting Initial Case Management*
9  *Conference* filed October 25, 2005 (Document 2), including the Case Management Conference
10  currently set for January 27, 2006, be continued pending the outcome of the MDL Panel's
11  decision on the merits of the transfer.

12  Dated:  December 6, 2005                                    BRAYTON❖PURCELL LLP

13                                                                              /s/  David R. Donadio

14                                                                         By: _____
                                                                                  David R. Donadio
15                                                                                Attorneys for Plaintiffs

16  Dated:  December 2, 2005                                    HAIGHT BROWN & BONESTEEL LLP

17                                                                              /s/ Daniel J. Kelly

18                                                                         By: _____
                                                                                  Daniel J. Kelly
19                                                                                Attorneys for Defendant NEWPORT
                                                                                   NEWS SHIPBUILDING AND DRY
20                                                                                DOCK COMPANY

21

22  Dated:  December 2, 2005                                    YARON & ASSOCIATES

23                                                                              /s/  Keith E. Patterson

24                                                                         By: _____
                                                                                  Keith E. Patterson
25                                                                                Attorneys for Defendant TODD
                                                                                   SHIPYARDS CORPORATION
26  //
27  //
28  //

1 [~~PROPOSED~~]   **ORDER**

2   IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order*

3 *Setting Initial Case Management Conference* filed October 25, 2005 (Document 2) are hereby

4 VACATED.

5   IT IS FURTHER ORDERED that the Case Management Conference is continued a date

6 on or after April 24, 2006 to wit: __April 28,__ to 2006 at 10:30 a.m., Courtroom 7, 19th

7 Floor, 450 Golden Gate Avenue, San Francisco, California. A joint case management statement shall be filed no later

8   IT IS SO ORDERED.   than April 21, 2006.

9 Dated: __December 7, 2005__

10                                          _____
                                         Maxine M. Chesney
11                                       United States District Court Judge

27 *Richard Marcelja vs. Todd Shipyards et al;* C05-4347 MMC