ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICHARD MARCELJA, <br><br> Plaintiff, <br><br> vs. <br><br> TODD SHIPYARDS CORPORATION, NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY, and DOES 1-300, <br><br> Defendants. | No. C05-4347 MMC <br><br> STIPULATION AND MOTION TO SUBSTITUTE PARTY, ADD PARTIES, STIPULATION AND TO AMEND COMPLAINT, [PROPOSED] ORDER |

    This stipulation is made on the grounds that since the filing of the original Complaint, plaintiff RICHARD MARCELJA has died, and the substitution of decedent's successor-in-interest for such deceased plaintiff is necessary in order to continue the surviving elements of this asbestos personal injury action.  Plaintiffs also seeks to amend the Complaint to plead causes of action for both negligence and strict liability for the wrongful death of RICHARD MARCELJA on behalf of decedent's legal heirs, and is made on the further ground that allowing the substitution of decedent's successor-in-interest as plaintiff, and the filing of such Amended Complaint, is in the interests of judicial economy and in the furtherance of justice.  In the interest of preserving environmental resources, the parties request that the Amended Complaint be deemed served on all defendants who have previously appeared herein as of the date of the

1  Court's Order on these matters.

2      The parties hereby stipulate that MARY MARCELJA, successor-in-interest to Plaintiff
3  RICHARD MARCELJA, deceased, be substituted for decedent in this cause of action as to the
4  surviving personal injury claims of decedent's estate.

5      The parties further stipulate that MARY MARCELJA, and Decedent's children
6  RICHARD MARCELJA, JR., TIMOTHY MARCELJA, THEODORE MARCELJA,
7  ANTHONY MARCELJA, be added as parties to this action as wrongful death heirs.

8      The parties further stipulate and move that Plaintiff be granted an Order giving leave to
9  file the Amended Complaint, a proposed copy of which is attached hereto as Exhibit A.

10
11  Dated: February 7, 2006                                         BRAYTON❖PURCELL LLP
12
                                                                   /s/ David R. Donadio
13                                           By: _____
14                                                David R. Donadio
                                              Attorneys for Plaintiffs
15
16  Dated: February 7, 2006                                         HAIGHT BROWN & BONESTEEL LLP
17
                                                                 /s/ Daniel J. Kelly
18                                           By: _____
                                              Daniel J. Kelly
                                              Attorneys for Defendant NEWPORT
19                                                NEWS SHIPBUILDING AND DRY
                                              DOCK COMPANY
20
21
22  Dated: February 7, 2006                                         YARON & ASSOCIATES
23
                                                /s/ Keith E. Patterson
24                                           By: _____
                                              Keith E. Patterson
25                                                Attorneys for Defendant TODD
                                              SHIPYARDS CORPORATION

26  //
27  //
28  //

1 [PROPOSED] ORDER

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 Dated: _February 8, 2006_____

4 _____
Maxine M. Chesney
5 United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28