IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARCELJA, et al., | No. C 05-4347 MMC |
| Plaintiffs, | **ORDER VACATING PRETRIAL DATES** |
| v. | |
| TODD SHIPYARDS CORPORATION, et al., | |
| Defendants.                                        / | |

In light of the transfer of the above-titled case to the Eastern District of Pennsylvania as part of a Multidistrict Litigation proceeding, all pretrial dates previously scheduled in the Northern District are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 2, 2006

MAXINE M. CHESNEY
United States District Judge