ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON✧PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARCELJA, Individually, as Wrongful Death Heir and as Successor-in-Interest to RICHARD MARCELJA, Deceased, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORP., *et al*,<br><br>Defendants,. | Case No. 3:05-cv-04347-MMC<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Mary Marcelja, et al, v. Todd Shipyards Corp., et al*, United States District Court, Eastern District of Pennsylvania, Case No. 2:09-cv-63699-ER |

The parties request this Court dismiss defendant GENERAL ELECTRIC COMPANY from this action without prejudice. Each party to bear its own fees and costs.

///
///
///
///
///

1
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:05-cv-04347-MMC

| | | |
|---|---|---|
| 1 | Dated: September 21, 2012 | BRAYTON❖PURCELL LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: s/ David R. Donadio |
| 6 | | DAVID R. DONADIO, ESQ., CA S.B. #154436 |
| | | Email: DDonadio@braytonlaw.com |
| | | Tel: (415) 898-1555 |
| | | Fax: (415)898-1247 |
| 7 | | Attorneys for Plaintiffs |

Dated: 9/21/12

WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP

By: _[signature]_
DEREK S. JOHNSON
Attorneys for Defendant
GENERAL ELECTRIC COMPANY

Dated: September 24, 2012

SO ORDERED:

_[signature]_
United States District Court Judge

2
REQUEST FOR DISMISSAL OF DEFENDANT GENERAL ELECTRIC COMPANY, WITHOUT PREJUDICE; ORDER, Case No. 3:05-cv-04347-MMC