ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs
admitted *Pro Hac Vice*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 3:05-cv-04347-MMC |
| MARY MARCELJA, Individually, as Wrongful Death Heir and as Successor-in-Interest to RICHARD MARCELJA, Deceased, *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORP., *et al*,<br><br>Defendants,. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER**<br><br>This document relates to:<br><br>*Mary Marcelja, et al, v. Todd Shipyards Corp., et al,* United States District Court, Eastern District of Pennsylvania , Case No. 2:09-cv-63699-ER |

///

///

///

1
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER,
Case No. 3:05-cv-04347-MMC

1  Plaintiff hereby dismiss the above-captioned action against all Defendants, without
2  prejudice.

Dated: September 26, 2012            BRAYTON❖PURCELL LLP


By: _____
     DAVID R. DONADIO, ESQ., CA S.B. #154436
     Email:  DDonadio@braytonlaw.com
     Tel: (415) 898-1555
     Fax: (415)898-1247
     Attorneys for Plaintiffs


IT IS SO ORDERED:


Dated:  _September 27, 2012_          _____
                                       United States District Court Judge

2
PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER,
Case No.  3:05-cv-04347-MMC