**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MARCELJA, , *et al*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORP., *et al*,<br><br>　　　　Defendants. | Case No. 3:05-cv-04347-MMC<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF HEIR RICHARD MARCELJA, JR., ONLY, WITH PREJUDICE** |

**IT IS SO ORDERED**. All claims ~~for~~ heir RICHARD MARCELJA, JR. are hereby dismissed ~~for~~ with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:   November 15, 2013          By: _/s/ Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　 Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　 United States District Judge

---

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF HEIR RICHARD MARCELJA, JR., ONLY,  WITH PREJUDICE