**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY MARCELJA, , *et al*,<br><br>  Plaintiffs,<br><br>vs.<br><br>TODD SHIPYARDS CORP., *et al*,<br><br>  Defendants. | Case No. 3:05-cv-04347-MMC<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF HEIR RICHARD MARCELJA, JR., ONLY, WITH PREJUDICE** |

**IT IS SO ORDERED**. All claims ~~for~~ heir RICHARD MARCELJA, JR. are hereby dismissed ~~for~~ with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 15, 2013      By: *[signature]*
                                                            Maxine M. Chesney
                                                            United States District Judge

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
ORDER GRANTING PLAINTIFFS' DISMISSAL OF HEIR RICHARD MARCELJA, JR., ONLY, WITH PREJUDICE